UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ADRIANO GERMAN,
    a/k/a "Adriano Guerrero,"
    a/k/a "Moreno,"

               Defendant.
- - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN
INFORMATION

07 Cr.

**07 CRIM 959**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           October 12, 2007

                      MICHAEL J. GARCIA
                      United States Attorney

By: _____
    Eugene Ingoglia
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    John Byrnes, Esq.
    Attorney for ADRIANO GERMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 15 2007

TOTAL P.02
TOTAL P.002