```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

     -v-                        :       INFORMATION

ADRIANO GERMAN,                 :       07 Cr.
     a/k/a "Adriano Guerrero,"
     a/k/a "Moreno,"            :       07 CRIM 959

          Defendant.            :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 15 2007

### COUNT ONE

The United States Attorney charges:

1.  From in or about May 2005, through and including at least in or about September 2006, in the Southern District of New York and elsewhere, ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine. in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

Overt Act

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. In or about April 2006, ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant, picked up approximately 2 kilograms of cocaine at a meeting in New York, New York.

(Title 21, United States Code, Section 846.)

Forfeiture Allegation

5. As a result of committing the controlled substance offense alleged in Count One of this Information, ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violation.

Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant:

    a. cannot be located upon the exercise of due

diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of ADRIANO GERMAN, a/k/a "Adriano Guerrero," a/k/a "Moreno," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney