UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :
                                  :
        v.                        :    07 Cr.
                                  :
ADRIANO GERMAN,                   :
    a/k/a "Adriano Guerrero,"     :    07 CRIM 959
    a/k/a "Moreno,"               :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
OCT 1 5

_____
ADRIANO GERMAN
Defendant

_____
Witness

_____
John Byrnes, Esq.
Counsel for Defendant

Date: New York, New York
      October 15, 2007

0202