

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2008

<u>**BY FACSIMILE**</u>: (212) 805-6717
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08
```

Re:  <u>United States v. Adriano German</u>
     07 Cr. 959 (~~GM~~) (RMB)

Dear Judge Berman:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for January 28, 2008, at 12:45 p.m., to a date convenient for the Court during the week of February 25, 2008.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through the new conference date. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to pursue ongoing discussions regarding a possible disposition before trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc: John Byrnes, Esq., counsel for Adriano German

*Handwritten endorsement:*
Conference is adjourned to 3-3-08 at 12:00 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1-25-08   Richard M. Berman
                Richard M. Berman, U.S.D.J.