USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

ADRIANO GERMAN,

                  Defendant.
------------------------------------------------------------X

**ORDER**

07 CR. 959 (RMB)

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 27, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript and, as supplemented on the record on February 28, 2008, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that ADRIANO GERMAN's guilty plea is accepted.

Dated: New York, New York
       February 28, 2008

_____
RICHARD M. BERMAN, U.S.D.J.